In the Matter of MARIAN H. ZUCKER, Respondent, against WIL-
LIAM J. HEFFERNAN et al., Constituting the Board of Elections
for the City of New York, Respondents. HAROLD J. BLACKMAN
et al., Appellants.

Argued September 1, 1949; decided September 1, 1949.

*Jacob Markowitz* and *Louis Grossman* for appellants.

*Theodore Diamond, Leonard Cohen, Lester C. Migdal* and *Carl Rachlin* for petitioner, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.